IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE R. NEAL,

    Plaintiff,

v.                                        CASE NO. 4:13cv403-RH/CAS

CAROLYN W. COLVIN,

    Defendant.

_____/

## ORDER AFFIRMING THE DENIAL OF BENEFITS

This case is before the court on the magistrate judge's report and recommendation, ECF No. 13 and the objections, ECF No. 20. I have reviewed de novo the issues raised by the objections. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The Commissioner's decision denying the plaintiff's application for disability benefits is AFFIRMED. The clerk must enter judgment and close the file.

    SO ORDERED on May 30, 2014.

                                          s/Robert L. Hinkle
                                          United States District Judge